UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID I. GRAZETTE,<br><br>                    Plaintiff,<br><br>           -against-<br><br>ROCKEFELLER; CITY OF NEW YORK POLICE DEPARTMENT; RCPI LANDMARK PROPERTIES, LLC; NEW YORK PRESBYTERIAN CORNELL HOSPITAL,<br><br>                    Defendants. | 20-CV-0965 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

By order dated April 21, 2020, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

Plaintiff has consented to receive electronic service of Court filings. (ECF No. 3.)

SO ORDERED.

Dated:   July 17, 2020
         New York, New York

                                          _____
                                               LOUIS L. STANTON
                                                    U.S.D.J.