UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID I. GRAZETTE,<br><br>                      Plaintiff,<br><br>              -against-<br><br>ROCKEFELLER; CITY OF NEW YORK POLICE DEPARTMENT; RCPI LANDMARK PROPERTIES, LLC; NEW YORK PRESBYTERIAN CORNELL HOSPITAL,<br><br>                      Defendants. | 20-CV-0965 (LLS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued July 17, 2020, dismissing the complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      Plaintiff has consented to receive electronic service of Court filings. (ECF No. 3.)

SO ORDERED.

Dated:    July 17, 2020
           New York, New York

                                                      *Louis L. Stanton*
                                                     LOUIS L. STANTON
                                                         U.S.D.J.