UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID I. GRAZETTE,

    Plaintiff,

  -against-

ROCKEFELLER, *et al.*,

    Defendants.

---

20-CV-0965 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

  By order dated April 21, 2020, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Because Plaintiff did not file an amended complaint as directed, by order dated July 17, 2020, and entered on July 20, 2020, the Court dismissed the complaint under 28 U.S.C. § 1915(e)(2)(B)(ii).

  On July 21, 2020, Plaintiff filed an amended complaint. Because Plaintiff has filed an amended complaint, the Court vacates the July 20, 2020 Order of Dismissal and Civil Judgment (ECF Nos. 10 and 11) and directs the Clerk of Court to reopen this case for further proceedings.

## CONCLUSION

  The Clerk of Court is directed to transmit a copy of this order to Plaintiff.[1]

  The Clerk of Court is further directed to vacate the July 20, 2020 Order of Dismissal and Civil Judgment (ECF Nos. 10 and 11) and reopen this case for further proceedings.

SO ORDERED.

Dated: August 24, 2020
    New York, New York

                 *Louis L. Stanton*
                 LOUIS L. STANTON
                   U.S.D.J.

---

[1] Plaintiff has consented to receive electronic service of Court documents. (ECF No 3.)