UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID I. GRAZETTE,

                        Plaintiff(s),

   -v-                                        CIVIL ACTION NO.: 20 Civ. 965 (AJN) (SLC)

ROCKEFELLER, *et al.*,                       **ORDER**

                        Defendant(s).

**SARAH L. CAVE,** United States Magistrate Judge.

On October 27, 2020, the Court ordered pro se Plaintiff David I. Grazette to respond to Defendants' Letter-Motion to Stay proceedings (ECF No. 32) by Friday, October 30, 2020. Mr. Grazette has not yet responded. Accordingly, Mr. Grazette's deadline to respond to ECF No. 32 is EXTENDED until **Monday, November 16, 2020**. The Court will decide the Motion to Stay in due course following receipt of Plaintiff's response.

In response to the Valentin order within the Order of Service (ECF No. 19 at 5–6) Defendant City of New York filed a Letter-Motion (ECF No. 35) identifying one John Doe defendant (As Police Officer Telles, shield number 03030, of the Brooklyn North Warrant Squad) and requesting a sixty-day extension to identify the remaining John Doe NYPD defendants. Defendant City's request for an extension is GRANTED. The deadline to identify the remaining NYPD John Doe Defendants referenced in the Valentin order is extended to **Monday, January 4, 2021.**

Defense counsel shall send a copy of this order to Plaintiff by email at the email address listed on ECF.

The Clerk of Court is respectfully directed to close ECF No. 35 and to mail a copy of this order to Mr. Grazette at the address below.

Dated:  New York, New York
November 4, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:  David I. Grazette
285 Pulaski Street
Apartment 4R
Brooklyn, New York 11206