UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID I. GRAZETTE,

                        Plaintiff,

   -v-                                          CIVIL ACTION NO.: 20 Civ. 965 (AJN) (SLC)

THE CITY OF NEW YORK, et al.,                   **ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The City's application for the Court to dismiss Plaintiff David Grazette's claims without prejudice (ECF No. 88) is DENIED WITHOUT PREJUDICE. The Court is however concerned that Mr. Grazette's emails (ECF Nos. 78, 87) suggest that he _may_ fail to prosecute this action. Accordingly, by **Tuesday, February 1, 2022,** Mr. Grazette shall file a letter (emails to the Court are not permitted) stating whether he intends to comply with the deadlines imposed by the Court and intends to litigate this case. All remaining deadlines and obligations, including to respond to the Motion to Dismiss (ECF No. 79) and to file a Second Amended Complaint after the City identifies the John Doe defendants (see ECF No. 77) remain in effect. Mr. Grazette is reminded that the Southern District of New York's web page for pro se litigants has resources that may be useful to him. https://www.nysd.uscourts.gov/prose.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Grazette at the address below.

Dated:        New York, New York
                January 24, 2022

                                                              SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:   David I. Grazette
           285 Pulaski Street
           Apartment 4R
           Brooklyn, New York 11206