RECEIVED
SDNY PRO SE OFFICE

2022 FEB 20  AM 10: 09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID I GRAZETTE

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

NEW YORK

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**AMENDED
COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☒ Yes   ☐ No

(check one)

20 Civ. 0965 (LLS)

I.    **Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
as necessary.

Plaintiff's    Name DAVID I GRAZETTE
ID#_
Current Institution_
Address 1369 Broadway #210931     BROOKLYN,
NEW YORK 11221

B.    List all defendants' names, positions, places of employment, and the address where each defendant
may be served. Make sure that the defendant(s) listed below are identical to those contained in the
above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name ROBERT MULLER                    Shield #_
Where Currently Employed_
Address 30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10112

*Rev. 01/2010*

1

Defendant No. 2     Name SHARON HIRD
                    Where Currently Employed NEW YORK PRESBYTARIAN WEILL CORNELL MEDICAL
                    Address 449 E 68TH ST NY NY 10065          Shield #

Defendant No. 3     Name SMITA AGARKAR
                    Where Currently Employed GRACIE SQUARE HOSPITAL, NEW YORK PRESBYTARIAN
                    Address 420 E 76TH ST NY NY 10021          Shield #

Who did what?

Defendant No. 4     Name MATTHEW LEVIN
                    Where Currently Employed GRACIE SQUARE HOSPITAL
                    Address 420 E 76TH ST NY NY 10021          Shield #

Defendant No. 5     Name Robert Tell
                    Where Currently Employed NYPD Harbor Unit          Shield # 24834
                    Address Brooklyn Army Pier One, 140 58th Street, Brooklyn, New York 11220

## II.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

NEW YORK PRESBYTERIAN REGIONAL HOSPITAL NETWORK, 30 ROCKEFELLER PLAZA

B.    Where in the institution did the events giving rise to your claim(s) occur?

GRACIE SQUARE HOSPITAL, CORNELL HOSPITAL

C.    What date and approximate time did the events giving rise to your claim(s) occur?

WEDNESDAY, SEPTEMBER 25TH 2PM EST

D.    Facts:

What happened to you?

DEFENDANT NO.   NAME Stephen Shann        shield No. 19546

WHERE CURRENTLY EMPLOYED NYPD Transit Bureau District 32
ADDRESS 960 Carroll Street, Brooklyn, New York 11225

DEFENDANT NO.   NAME Freddy Alvirez       shield No. 3695

WHERE CURRENTLY EMPLOYED NYPD Military & Extd'l Leave
ADDRESS _____ 10038   Desk "MELD"

DEFENDANT NO.   NAME Ysmael Ricardo       shield No.

WHERE CURRENTLY EMPLOYED _____

ADDRESS _____

DEFENDANT NO.   NAME TARA MULLEN

WHERE CURRENTLY EMPLOYED CORNELL HOSPITAL
ADDRESS 449 E 68TH ST NY NY 10065

DEFENDANT NO.   NAME EMILEE ANNE NAWA

WHERE CURRENTLY EMPLOYED CORNELL HOSPITAL
ADDRESS 449 E 68TH ST NY NY 10065

DEFENDANT NO.   NAME ANNA CHIN

WHERE CURRENTLY EMPLOYED CORNELL HOSPITAL
ADDRESS 449 E 68TH ST NY NY 10065

3

DEFENDANT NO.    NAME ANTHONY
WHERE CURRENTLY EMPLOYED GRACIE SQUARE
ADDRESS 420 E 76TH ST NY NY 10021

DEFENDANT NO.    NAME EMILY MENAND
WHERE CURRENTLY EMPLOYED CORNELL HOSPITAL
ADDRESS 449 E 68TH ST NY NY 10065

DEFENDANT NO.    NAME CITY OF NEW YORK
WHERE CURRENTLY EMPLOYED
ADDRESS    ONE CENTER STREET, NY, NY 10007

DEFENDANT NO.    NAME STATE OF NEW YORK
WHERE CURRENTLY EMPLOYED
ADDRESS THE GOV. NELSON ROCKEFELLER EMPIRE
STATE PLAZA, BOX 7344
CAPITOL STATION, ALBANY, NY 12224

DEFENDANT NO.    NAME NEW YORK CITY LANDMARKS PRESERVATION COMMISSION
WHERE CURRENTLY EMPLOYED
ADDRESS 1 CENTRE ST NEW YORK, NY 10007

DEFENDANT NO.    NAME NEW YORK-PRESBYTERIAN HEALTHCARE
SYSTEM
WHERE CURRENTLY EMPLOYED
ADDRESS 525 EAST 68th STREET NEW YORK, NY
10065

4

Was anyone else involved?

Who else saw what happened?

**III.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received:

I WAS DIAGNOSED WITH A HEART CONDITION IN JUNE 2019 of which
I HAD NO SYMPTOMS. I WAS TOLD TO CONTINUE PRACTICING
REGULAR PHYSICAL ACTIVITY, BY MY DOCTOR. IN ORDER TO MAINTAIN
HEALTH AND TAKE CARE OF THE ISSUE, IN NOVEMBER MY INCARCERATION
ACCELERATED MY SYMPTOMS AND FORCED ME TO HAVE SURGERY
IN OCTOBER.

**IV.    Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes  X     No _____

*Rev. 01/2010*

5

D.      Facts:  I, DAVID GRAZETTE, entered, 30 Rockefeller Plaza, on September 25th, 2019. The elevators had signage saying, "tenants only". I found a set of stairs in the southern part of the building.

I entered the stairs. An alarm sound went off as I took the stairs. I exited the stairs. I was met by a gang of men made up of two uniform NYPD police officers, and two men in suits.

Immediately, I was badgered about my intentions. The leader declared himself a gentleman, and, asked for my identification. I provided him my identification. I requested his in exchange. He presented a badge that read, ROBERT MULLER. I recognized the ruse and stopped answering questions. I began asking questions. I was soon blind sighted by handcuffs. I did NOT resist. I complied with the arresting officer. (PLEASE SEE EXIHIBIT A and B).

The man whose badge, named him as, ROBERT MULLER, is, pictured in EXIHIBIT A.

The original detaining officer, John Doe 1, is pictured in EXIHIBIT B.

I was taken to a back room within the building where two additional officers met us. I was told I was NOT being arrested. I was told I was NOT being charged of a crime. I was told that I was NOT trespassing. I was NOT read any rights of any kind. I, DAVID GRAZETTE, asked to be released. I was denied my release.

I remained handcuffed for an unreasonable amount of time, that exceeded past four hours, while I was hazed. I was unlawfully detained.

I was then transported to NewYork – Presbyterian Weill Cornell Hospital, by NYPD police officers, and a, Mount Sinai Emergency Ambulance.

The NYPD officers, lied to the triage nurse, and said, 'I was running around the building, pulling fire alarms and telling people I was training for the marathon'. (PLEASE SEE EXIHIBIT C)

FREEDOM OF INFORMATION, FOIL, records will show, there is NO EVIDENCE that will collaborate with a story that, FDNY, emergency alarms, going off at 30 ROCKEFELLER PLAZA, on September 25th, 2019. (PLEASE SEE EXIHIBIT D 1 - 4)

I was involuntary admitted under NEW YORK MENTAL HYGIENE LAW 9.40 at CORNELL HOSPITAL BY an UNKNOWN PHYSICIAN. (PLEASE SEE EXIHIBIT E).

NEW YORK MENTAL HYGIENE LAW 9.40, allows for citizens, with constitutional rights, to be involuntary admitted with absolutely "no application", no constitutional checks and balances, no accountability, just as long as he or she is transported by peace/police officers or an ambulance service. The infringement of my freedom and liberty was infringed by many individuals working under the color of NEW YORK MENTAL HYGIENE LAW 9.40.

I was held at CORNELL HOSPITAL overnight.

On, September 26th, 2019, at 12:11. I was interviewed and examined by, a, MEDICAL STUDENT, EMILEE ANNE NAWA.

Hours before, MEDICIAL RECORDS, show, an, ED INTER-INTITUTIONAL TRANSFER FORM, was submitted, and signed, by, SHARON HIRD, a DIRECTOR at CORNELL HOSPITAL, time stamped on, September 26th, 2019, at 11:48, due to "bed availability" and "increased risk to the individual and in the case of labor, the unborn child from effecting the transfer..". (PLEASE SEE EXIHIBIT F)

I, DAVID GRAZETTE, am a man. It is physically, scientifically, medically impossible for me to be in labor, carry a child and/or carry an unborn child.

During my stay at CORNELL HOSPITAL, I asked many times to be released and informed the staff that I would never do what I was accused, I tried proving my innocence by providing my FDNY list number and provided chapter 2 of the Probe Manuel I was carrying in my backpack at the time. They refused and it was never noted in medical records.

On September 26th, at an unknown time, I was FORCED to a stretcher, and presented with a, NOTIFICATION OF STATUS AND RIGHTS INVOLUNTARY ADMISSION ON MEDICAL CERTIFICATION: section 9.27, signed by, EMILY MENAND, and told that I would be transferred to another facility. (PLEASE SEE EXIHIBIT G)

EMILY MENAND, NEVER, INTERVIEWED OR EXAMINED, ME.

Please note; THE NEW YORK MENTAL HYGIENE LAW 9.27 and NEW YORK MENTAL HYGIENE LAW 9.40 forms have the same date and time stamps. (PLEASE SEE EXIHIBITS E AND G)

NEW YORK MENTAL HYGIENE LAW 9.27 requires two MDs to involuntarily admit a patient. However, this was only one MD, and, was NEVER accompanied by a second, TWO CERTIFICATES OF EXAMANATING PHYSICIANS.

MOREOVER, NEW YORK MENTAL HYGIENE LAW 9.27 (d) Before an examining physician completes the certificate of examination of a person for involuntary care and treatment, he shall consider alternative forms of care and treatment that might be adequate to provide for the person's needs without requiring involuntary hospitalization. If the examining physician knows that the person he is examining for involuntary care and treatment has been under prior treatment, he shall, insofar as possible, consult with the physician or psychologist furnishing such prior treatment prior to completing his certificate. Nothing in this section shall prohibit or invalidate any involuntary admission made in accordance with the provisions of this chapter ... This did not happen. Hospital notes will show, only my, therapist was contacted. Never my treating doctor.

MOREOVER, I was asked to sign a form consenting to my treatment and transfer, and, I refused. Cornell Hospital, Medical records, will show that, I, DAVID GRAZETTE, refused all services offered. (PLEASE SEE EXIHIBIT F)

I, DAVID GRAZETTE, WAS NOT, AND, DID NOT, POSE A SUBSTANTIAL THREAT OF HARM TO SELF OR OTHERS.

I, DAVID GRAZETTE, WAS ILLEGALLY, INVOLUNTARY ADMITTED, AND TRANSFERRED, TO GRACIE SQUARE HOSPITAL, ON SEPTEMBER 26th, 2019.

ADMITTED MD: MATTHEW LEVIN. Whom, informed me, at the time, I was admitted for wanting to kill a cop. However, hospital records will show, I was treated for "continued suicide, self-harm, or violence risk, Unstable with recently changed psychotropics, required frequent re-direction and PRN medication."

GRACIE SQUARE HOSPITAL: BH ASSESSMENT (PLEASE SEE EXIHIBITS H)

AT, GRACIE SQUARE HOSPITAL, I remained, ILLEGALLY DETAINED, and ILLEGALLY HELD, UNTIL OCTOBER 4th, 2019. DURING THIS TIME, I was assigned, and treated by a, SMITA AGARKAR, a MB, and BOARD CERTIFIED, AT, NEWYORK – PRESBYTERIAN.

Gracie Square Hospital is a member of NEWYORK – PRESBYTERIAN Healthcare System. An affiliate of NEWYORK – PRESBRTERIAN, CORNELL MEDICINE, AND, COLUMBIA UNIVERSITY VAGELOS COLLEGE OF PHYSICIANS AND SURGEONS.

If, I, was being held, under, NEW YORK MENTAL HYGIENE LAW 9.27, Gracie Square Hospital and SMITA AGARKAR should have been DISQUALITIFIED from such a role, for two reasons;
1. As examining physician(s) can NOT also hold a role as, "manager, trustee, visitor, proprietor, officer, director, or stockholder of the hospital in which the patient is hospitalized or to which it is proposed to admit such a person, or has any financial interest in such hospital other than receipts of fees, privileges or compensation for treating or examining patients in such hospital."
2. "He or she is on the staff of a proprietary hospital to which it is proposed to admit such person."

MOREOVER; "A physician on the psychiatric staff of the hospital, OTHER THAN THE ORIGINAL examining physicians, must examine the person alleged to be mentally ill and confirm the need for involuntary care and treatment prior to admission."

WITHSTANDING, THERE, AT, GRACIE SQUARE HOSPITAL, I exercised, MY RIGHT, to decline taking pharmaceutical drugs. This health decision, in medical records, was noted as "UNABLE TO FOLLOW INSTRUCTIONS", and "UNSTABLE".

Every day, I met with, SMITA AGARKAR, and was asked, the same question, "Why are you here?" As if extorting a confession of a crime that didn't exist. The last day I met with her, that was here last, and only question. "WHY ARE YOU HERE?"

GRACIE SQUARE HOSPTIAL, MEDICAL RECORDS, declare me, delusional, illogical, and, paranoid when, I explained, I started my own business, ANDDOUGHNUT, and, I, invented, doughnuts (donuts). USPTO provisional patent application number: 62/916,603.

GRACIE SQUARE HOSPTIAL, MEDICAL RECORDS, declare me, delusional, illogical, and paranoid when, I explained, I was investigating a PRO SE complaint in the EDNY: 1:20-cv-00965-MKB-CLP filed on August 22, 2019.

During my time at, GRACIE SQUARE HOSPITAL, I was, barbarically, assaulted, by, SMITA AGARKAR, and GRACIE SQUARE STAFF. She stood over me, while security held me down, and administered medication, and drugs, into my body through syringe. There was no emergency, no court order. I was forcibly administered medicine that put me unconscious for hours, left me in a blurry haze, and, unable to formulate, clear, proper, independent, thoughts when I finally came to.

I, DAVID GRAZETTE, under the influence, was manipulated to call off my 72-hour appointed court hearing, by, SMITA AGARKAR, and instructed to orally take pharmaceutical drugs. In fear, for my life, after the attack, I complied.

The medicine, and confinement of liberty, accelerated preexisting heart conditions and symptoms. I was given specific instructions by my cardiologist to keep preforming at the athletic level I was performing, and from September 25th to October 4th, I was not allowed to do so.

OCTOBER 4TH, 2019, I was discharged from, GRACIE SQUARE HOSPITAL, diagnosed, as, having, Bipolar I disorder, based on, 'a manic or psychotic episode at 30 Rockefeller Plaza,' and exhibiting delusional, illogical, and paranoid symptoms.

The days of September 25th to October 4th; I was unlawfully detained. There was no due process. There was no constitutional check. I was assaulted. My CONSTITUTIONAL RIGHTS WERE INFRINGED upon. I was tortured. I was forcibly administered unwanted drugs that negatively affected my body. This was cruel and unusual punishment. I was oppressed in every way possible. My life has been impaired forever.

ALL, this abuse, initiated by, a, ROBERT MULLER, an employee, a custodian, a state actor, at 30 ROCKFELLER PLAZA, A NEW YORK CITY LANDMARKS PRESERVATION COMMISION BUILDING, WITHIN THE STATE OF NEW YORK, and, NATIONAL HISTORIC LANDMARK BUILDING. This land leased to, JOHN D. ROCKEFELLER, in, 1928, by, COLUMBIA UNIVERSITY.

9

MULLER, acting, lying, and, manipulating, NEW YORK MENTAL HEALTH AND HYGIENE LAWS, to, have me, involuntary admitted, into, NewYork–Presbyterian, WEILL Cornell Medical AND GRACIE SQUARE HOSPITAL. ALL, state actors, under, the umbrella of, THE CITY OF NEW YORK, THE STATE OF NEW YORK, PAID FOR, WITH MADICAID DOLLARS.

This nexus, runs through, ROCKEFELLER, and, CORNELL, names, dating back to a "philanthropically practical", donation made in, 1903, by, John D. Rockefeller, to build, ROCKEFELLER HALL, on the Cornell University, campus, in Ithaca, New York.

PREVIOUS TO WHICH, a, 1911, "FORMAL AGREEMENT OF ALLIENCE", was made between, COLUMBIA UNIVERSITY, and, PRESBYTERIAN HOSPITAL, that paved the way for COLUMBIA-PRESBYTERIAN MEDICIAL CENTER TO BE BUILT.

In 1997, PRESBYTERIAN HOSPITAL, merged with NEW YORK HOSPITAL, a partner of, WEILL CORNELL MEDICINE, of, CORNELL UNIVERSITY. This, merge, INCORPORATED, NEWYORK-PRESBYTERIAN HOSPITAL, and many other satellite hospitals, campuses and programs.

HOSPITALS in the NEWYORK- PRESBYTERIAN HOSPITAL SYSTEM, are affiliated with either WEILL CORNELL MEDICINE, or, COLUMBIA UNIVERSITY VAGELOS COLLEGE OF PHYSICIANS AND SURGEONS.

I, DAVID GRAZETTE, humbly, plead, immediate, FEDERAL ACTION.

10

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

**GRACIE SQUARE HOSPITAL**

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes __X__   No _____   Do Not Know _____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____   No _____   Do Not Know __X__

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____   No __X__

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes __X__   No _____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?  **CCRB**

1. Which claim(s) in this complaint did you grieve?
**72 HOUR COURT APPOINTMENT; INVOLUNTARY ADMISSION WRONGFUL ARREST.**

2. What was the result, if any?
**I'M WAITING TO HEAR BACK FOR CCRB COMPLAINT.**

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
**I FILED TO SPEAK TO A JUDGE AND WAS THREATENED BY SMITA AGARKAR TO WITHDRAWL THE ACTION WOULD KEEP ME LOCKED IN FOR LONGER AND MY TIME THERE HARDER. I COMPLIED**

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
**I BELIEVE IT WAS FILED, BUT NOT FOLLOWED THROUGH. I WAS IN FEAR.**

Rev. 01/2010

11

2.    If you did not file a grievance but informed any officials of your claim, state who you
informed, when and how, and their response, if any:

I WROTE EVERYTHING DOWN WHILE I WAS INCARCERATED IN LETTER FORM, PROSE. HANDED THE LETTERS TO EVERYONE I COULD TO READ. ALL REFUSED TO HELP ME.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). COMPLETE, FULL, TOTAL EXONERATION. WRITTEN AND VERBAL APOLOGIES $20,000,000 , ALL MEDICIAL BILLS PAID BY NEW YORK - PRESBYTERIAN AN OPPERTUNITY TO SETTLE MY DISPUTE WITH MR. ROBERT MULLER IN A GENTLEMEN'S FIGHT

*Rev. 01/2010*

12

## V. RELEIF:

If the state accepts the legal capacity to hold, or detain, any, man, woman, citizen, person, for reason of accusation of mental health, mental wellness, health withstanding, accuser, should and must, make official declaration, of claim(s) against the accused's mental health. Moreover, the accused, should, and must, have the right, to face, with due process, anyone, and everyone, whom, challenges their mental health, mental wellness, health.

I, DAVID GRAZETTE, plead, RESPECTFULLY, FEDERAL ACTION. I, DAVID GRAZETTE, DEMAND, RESPECTFULLY, FULL, TOTAL AND COMPLETE EXONERATION. I, DAVID GRAZETTE, DEMAND, RESPECTFULLY, 20,000,000 dollars in monetary relief. ALL MEDICAL BILLS PAID BY NEWYORK -- PRESBYTERIAN HEALTHCARE SYSTEM. I, David GRAZETTE, demand, , RESPECTFULLY, to face, Robert Muller, in a court of law. I, DAVID GRAZETTE, demand, RESPECTFULLY, the agency of which, ROBERT MULLER, serves under, to take additional responsibility. I, David GRAZETTE, demand, RESPECTFULLY, the right to face, any and every, person, whom challenges my mental health. I, David GRAZETTE, demand, RESPECTFULLY, swift and harsh relief from the paid. I, DAVID GRAZETTE, Demand, RESPECTFULLY, held, under the penalty of perjury, MATTHEW LEVIN, EMILY MENAND, SHARON HIRD, AND, SMITA AGARKAR, and any others found guilty. I, David Grazette, demand, RESPECTFULLY, MATTHEW LEVIN, EMILY MENAND, EMILY MEAD, SHARON HIRD, AND, SMITA AGARKAR, and any others found guilt, SURRANDER THEIR MEDICAL LICENSES, IMMEDIATELY. I, David GRAZETTE, demand, RESPECTFULLY, a, WRIT OF MANDAMUS, set, prohibiting the, use, and abuse, of, NEW YORK MENTAL HYGIENE LAW ADMINISSIONS 9.40 and 9.39 A -- G, AND, ANY and ALL, initiator(s) for, REQUESTS FOR HOSPITAL EVALUATIONS, be required, by law, to make and sign an application form by, the Office of Mental Hygiene (OMH).

**VI.    Previous lawsuits:**

On these claims

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No **X**

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit

Plaintiff
Defendants

2. Court (if federal court; name the district; if state court, name the county)

_____ 3.    Docket or Index number _____

_____ 4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?  Yes ___ _ No _____
      If NO, give the approximate date of disposition

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

On other claims

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes **X**   No

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff DAVID I GRAZETTE
Defendants DUNKIN'

2.    Court (if federal court; name the district; if state court, name the county) EASTERN DISTRICT OF NEW YORK

_____ 3.    Docket or Index number 1: 20-CV-00965

_____ 4.    Name of Judge assigned to your case JUDGE MARGO K. BRODIE

5.    Approximate date of filing lawsuit 08/22/2019

6.   Is the case still pending? Yes __X__  No _____
     If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example:  Was the case dismissed?  Was there
     judgment in your favor?  Was the case appealed?) _____
     _____
     _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __31__ day of __MAY_____, 20__20__.

                    Signature of Plaintiff  _____

                    Inmate Number           _____

                    ~~Institution~~ Address  212 LEWIS AVE APT 2A
                                            BROOKLYN, NEW YORK 11221

                                            _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
        their inmate numbers and addresses.

I declare under penalty of perjury that on this __31__ day of __MAY_____, 20__20__, I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.

                    Signature of Plaintiff:  _____

*Rev. 01/2010*

15



EXHIBIT A



EXHIBIT B

**Medical Records Report**

NewYork-Presbyterian
The University Hospital of Columbia and Cornell

**GRAZETTE, DAVID**
MRN: 8653 56 28
DOB: Aug-08-1989

Printed: Mar-11-2020 16:36

| Visit#: 000422131 247 | Service: | Type: Emergency Room (1 days) |
|---|---|---|
| Psych 8A | Dr.: Hird, Sharon | Admitted: Sep-25-2019 19:28 |

## Documents

**25-Sep-2019 22:00, Salicylate Level**

| Salicylate Level | | <3.0 | [ - <=20.0 mg/dL] |
|---|---|---|---|
| Therapeutic Range: | | ? 20.0 | mg/dl |
| Rheumatoid Arthritis Therapy: | 15-30 | | mg/dl |
| Toxic Range: | | >30 | mg/dl |

**Serum Toxicology:**

**25-Sep-2019 22:00, Ethanol Level**

| Ethanol Level | | <10.0 | [ - <=10.0 mg/dL] |
|---|---|---|---|

| Level | Sporadic Drinkers | Chronic |
|---|---|---|
| Drinkers | | |
| 100 mg/dL  Intoxicated | | Minimal signs |
| 200–250 mg/dL  Alertness lost, becoming lethargic | | Effort needed to maintain |
| emotional and motor control | | |
| 300–350 mg/dL  Stupor to coma | | Drowsy and slow |
| > 500 mg/dL  Death possible | | Coma |

**Electronic Signatures:**

**Wohl, Nureen (Social Worker)**  (Signed 26-Sep-2019 11:49)
    *Authored: Preferred Language, Medical Screen Section*

*Last Updated: 26-Sep-2019 11:49 by Wohl, Nureen (Social Worker)*

**References:**
1.  Data Referenced From "Psychiatry Preadmission Application" 9/26/2019 09:27 AM

EXHIBIT C

C ⌂ ⓘ 🔒 a860-openrecords.nyc.gov/request/view/FOIL-2019-057-04630

**NYC** OpenRecords

open
**RECORDS**

Request a Record    Search Requests    Reports    FAQ    About    Technical Support

Translate ⁝ ▾

## FOIL-2019-057-04630 ⊘

**Closed**

New York City Fire
Department
(FDNY)

**Due Date:**
03/10/2020

Contact the Agency

Title:

FALSE ALARMS/ALL ALARMS PULLED at ROCKEFELLER PLAZA:
09/24/2019, 09/25/2019, 09/26/2019

Responses ⊘

There are no responses available for this request.

EXHIBIT D₁

# Fire Department New York
# Incident Report

## Incident Reviewed By

| | |
|---|---|
| Reviewer | None - AutoClose |
| Date | 09/26/2019 |

## Incident

| | |
|---|---|
| Incident # | 1-0326-0 |
| Status | Closed |
| Incident Date/Time | 09/26/2019 07:39:13 |
| Incident Type | 900 - Special type of incident, other |
| Box# | 4444 |
| Address | ROCK CTR LINE CHECK Manhattan |
| Borough | 1 - Manhattan |
| Action Taken1 | 00 - Action taken, other |
| Property Use | UUU - Undetermined |

## Resources

EXHIBIT D₂

# Fire Department New York
## Incident Report

| Incident Reviewed By | |
|---|---|
| Reviewer | None - AutoClose |
| Date | 09/25/2019 |

| Incident | |
|---|---|
| Incident # | 1-1549-0 |
| Status | Closed |
| Incident Date/Time | 09/25/2019 23:11:51 |
| Incident Type | 900 - Special type of incident, other |
| Box# | 4444 |
| Address | LINE CHECK THE ROCK Manhattan |
| Borough | 1 - Manhattan |
| Action Taken1 | 00 - Action taken, other |
| Property Use | UUU - Undetermined |

## Resources



EXHIBIT D3

# Fire Department New York
## Incident Report

### Incident Reviewed By

| | |
|---|---|
| Reviewer | None - AutoClose |
| Date | 09/25/2019 |

### Incident

| | |
|---|---|
| Incident # | 1-1549-0 |
| Status | Closed |
| Incident Date/Time | 09/25/2019 23:11:51 |
| Incident Type | 900 - Special type of incident, other |
| Box# | 4444 |
| Address | LINE CHECK THE ROCK Manhattan |
| Borough | 1 – Manhattan |
| Action Taken1 | 00 - Action taken, other |
| Property Use | UUU - Undetermined |

### Resources

03/27/2020 - Page 1

03/27/2020

Page 1 of 1


EXHIBIT D4

Form OMH 47

Mental Health

## NOTICE OF STATUS AND RIGHTS
## C.P.E.P. EMERGENCY ADMISSION
(to be given to the patient upon initial examination
and retention by a C.P.E.P. staff physician)

Section 9.40 Mental Hygiene Law

Patient Name (Last, First, M.I.)
**86535628**
**GRAZETTE, DAVID**                    08/08/1989

Sex    09/25/19                        M
                                       422131247
Facility Name                          07:28P

"C" No.

/Residence No.

TO: _____

| | Date of Arrival at C.P.E.P: | | | |
| --- | --- | --- | --- | --- |
| | | Mo | Day | Yr. |
| | | 9 | 25 | 19 |

Based upon an initial examination by a staff physician, you have been admitted as an emergency-status patient to this Comprehensive Psychiatric Emergency Program (C.P.E.P.) for immediate observation, care and treatment. Within 24 hours of the time you are received in the C.P.E.P. emergency room, you will be examined by another physician, who is a member of the psychiatric staff of the C.P.E.P. If he or she confirms the first physician's findings, you will then be moved to an extended observation bed and may be kept in the C.P.E.P. for a period of up to 72 hours from the time you are received in the emergency room. During this 72 hour period you may be released, asked to remain as an informal-status patient, or be admitted to a psychiatric hospital as an emergency, involuntary or voluntary patient.

You, and anyone acting on your behalf, should feel free to ask C.P.E.P. staff about your condition, your status and rights under the Mental Hygiene Law, and the rules and regulations of this program.

If you, or those acting on your behalf, believe that you do not need immediate observation, care and treatment, you or they may make a written request for a court hearing. Copies of such a request will be forwarded by the C.P.E.P. director to the appropriate court and the Mental Hygiene Legal Service.

### MENTAL HYGIENE LEGAL SERVICE

The Mental Hygiene Legal Service, a court agency independent of this program, can provide you and your family with protective legal services, advice and assistance, including representation, with regard to your hospitalization. You are entitled to be informed of your rights regarding hospitalization and treatment, and have a right to a court hearing, to be represented by a lawyer, and to seek independent medical opinion.

You, or someone acting on your behalf, may see or communicate with a representative of the Mental Hygiene Legal Service by telephoning or writing directly to the office of the Service or by requesting C.P.E.P. staff to make such arrangements for you.

The Mental Hygiene Legal Service representative for this C.P.E.P. may be reached at:

Mental Hygiene Legal Services
Kirby Forensic Psychiatric Center
600 E. 125th Street, Wards Island
New York, NY 10035
(646) 672-6880

## THE ABOVE PATIENT HAS BEEN GIVEN A COPY OF THIS NOTICE.

_____         9-25-19
Signature of Staff Physician             Date

COPIES TO: Persons designated by patient to be informed of
admission. (If None, type in "NONE".)

_____    _____

_____    _____

_____    _____

*A copy of this Notice of Status and Rights is also being sent to the Mental Hygiene Legal Service.*
*State and Federal Laws prohibit discrimination based on race, color, creed, national origin, age, sex, or disability.*

EXHIBIT E

**Medical Records Report**

NewYork-Presbyterian
The University Hospital of Columbia and Cornell

**GRAZETTE, DAVID**
MRN: 8653 56 28
DOB: Aug-08-1989

Printed: Mar-11-2020 16:36

| | | |
|---|---|---|
| Visit#: 000422131 247 | Service: | Type: Emergency Room (1 days) |
| Psych 9A | Dr.: Hird, Sharon | Admitted: Sep-25-2019 19:28 |

**Documents**

| | |
|---|---|
| Sep-26-19 11:48   ED Inter-Institutional Transfer Form | Social Worker/Care Manager |

**Preferred Language:**
Preferred Language English[(1)]

**Stabilization Status:**
Stabilization not Established.

**Request for Transfer:**
Other,; bed availability.

**RISK VERSUS BENEFITS:**
As the physician attending of this patient, I hereby certify that based upon the information available to me at the time of transfer, the medical benefits reasonably expected from the provision of appropriate medical care at another facility outweigh the increased risk to the individual and in the case of labor, the unborn child from effecting the transfer.

BENEFITS Other bed availability.

RISKS SPECIFIC TO MEDICAL CONDITION: no risks.

Unexpected worsening of medical condition can occur during transfer. All transfers have the inherent risk of traffic delays, accidents during transport, inclement weather, rough terrain or turbulence, the limitations of equipment and personnel present in the vehicle, all of which are potentially a threat to the health, medical safety, and possible survival of the patient.

**Transfer Order:**
This facility confirmed the Receiving Facility has the ability to provide medical treatment within its capacity, space and available qualified personnel and has agreed to accept this patient transfer. 26-Sep-2019 11:49.

Name of Receiving Facility: GSH.

Physician accepting this Patient: Anthony.

Physician requesting Transfer: Hird.

**Mode of Transportation:**
BLS.

I REFUSE THE FOLLOWING OFFERED SERVICES FOR MYSELF/ Name of Patient: David Grazette Necessary Treatment to Stabilize (the patient's) condition.

**Transfer order over objection:**
Patient unable or unwilling to sign transfer consent due to psychiatric condition. I have evaluated patient's psychiatric condition and recommended involuntary transfer based upon my assessment of the potential benefits and risks associated with such transfer, and the probable risks of not being transferred as above stated..

**Transfer Vital Signs:**
**1) ED Vital Signs/Assessment FS:**

| Date/Time | Temperature (C) degrees C | Heart Rate | SpO2 (Pulse Ox) SpO2 (Pulse Ox) (%) | Respiratory Rate, Patient (bpm) Respiratory Rate, Patient (bpm) | NIBP Systolic |
|---|---|---|---|---|---|
| 25-Sep-2019 19:30 | 37.1 | 58 | 99 | 18 | 164 |
| | NIBP Diastolic | | | | |
| | 99 | | | | |



EXHIBIT F

Form OMH 471.8

New York State
Office of Mental Health

**NOTIFICATION OF STATUS AND RIGHTS
INVOLUNTARY ADMISSION ON MEDICAL CERTIFICATION**
(to be given to the patient at the time of
admission to the hospital)

Section 9.27 Mental Hygiene Law

Patient's Name (Last, First, M.I.)

86535628
**GRAZETTE, DAVID**

08/08/1989

09/25/19

Sex:

M
422131247
07:28P

Facility Name:

Unit/Ward/Residence No.:

Admission Date:      Mo.   Day   Yr.

**TO:**

Based upon the certificates of two examining physicians, whose findings have been confirmed by a member of the psychiatric staff of this hospital, you have been admitted as an involuntary-status patient to this hospital which provides care and treatment for persons with mental illness. You may be kept in the hospital for a period of no more than 60 days from the date of your admission, unless you have had a court hearing, or an application has been made to a court for an order authorizing your continued retention. During this 60 day period you may be released, or converted to voluntary or informal status, if you are willing to continue receiving inpatient care and treatment and are suitable for such status.

You, and anyone acting on your behalf, should feel free to ask hospital staff about your condition, your status and rights under the Mental Hygiene Law, and the rules and regulations of this hospital.

If you, or those acting on your behalf, believe that you do not need involuntary care and treatment, you or they may make a written request for a court hearing. Copies of such a request will be forwarded by the hospital director to the appropriate court and the Mental Hygiene Legal Service.

**MENTAL HYGIENE LEGAL SERVICE**

The Mental Hygiene Legal Service, a court agency independent of this hospital, can provide you and your family with protective legal services, advice and assistance, including representation, with regard to your hospitalization. You are entitled to be informed of your rights regarding hospitalization and treatment, and have a right to a court hearing, to be represented by a lawyer, and to seek independent medical opinion.

You, or someone acting on your behalf, may see or communicate with a representative of the Mental Hygiene Legal Service by telephoning or writing directly to the office of the Service or by requesting hospital staff to make such arrangements for you.

The Mental Hygiene Legal Service representative for this hospital may be reached at: _____

Mental Hygiene Legal Services
Kirby Forensic Psychiatric Center
600 E. 125th Street, Wards Island
New York, NY 10035
(646) 672-6880    D 646-760-4351

**THE ABOVE PATIENT HAS BEEN GIVE A COPY OF THIS NOTICE.**

_____     _____
Signature of Staff Physician          Date

COPIES TO:
(If None, type in "NONE".)

COPIES TO: Persons designed by patient to be informed of admission.

Emily Menand

(Original Applicant)

(Nearest Relative)

EXHIBIT G

BH Assessment Adult - Text                                      GRAZETTE, DAVID - 7004968

Result type:        BH Assessment Adult - Text
Result date:        September 26, 2019 19:48 EDT
Result status:      Auth (Verified)
Result title:       BH Intake Assessment Adult
Performed by:       Bieler, Shmuel RN on September 26, 2019 19:48 EDT
Verified by:        Bieler, Shmuel RN on September 26, 2019 19:48 EDT
Encounter info:     8005221, Gracie Square Hosp, Inpatient, 9/26/2019 - 10/4/2019

**BH Intake Assessment Adult Entered On:  9/26/2019 20:07 EDT**
**Performed On:  9/26/2019 19:48 EDT by Bieler, Shmuel RN**

**Behavioral Health General Info**
*Referral Source :* Emergency department
*Mode of Arrival :* BLS/Ambulance
*Admission Status :* Involuntary
*Information Given By :* Patient, Transferring Facility
*Preferred Language :* English
*Communication Method :* Verbal
*Interpreter Called :* No
*Patient Rights Discussed :* No
*Post-Hospital Caregiver Identified :* No
*BH Identifying Information :* patient is a 30 year old male, 2PC from Cornell, BIBEMS and NYPD after being found at Rockefeller center where he was pulling alarms and acting erratically. Patient denies any prior psych hospitalizations, and admits to previous diagnosis of ADHD and depression to which he sees a psychiatrist and therapist. Patient reports taking adderal for ADHD. Patient reports using CBD and THC and denies all other substances. On interview patient presents superficially calm, hypervigilant, labile, and suspicious. Asked patient how he came to ED abd patient replied "it all started when I invented the doughnut". Patient reports that "Dunkin stole my patent". Patient reports having started lawsuits against dunkin and had been up for nights doing research, which led him to Rockefeller Center. It is there patient had tracked down the culprit. Patient appears manic with grandiose dellusions. His girlfriend visited the unit and confirmed most of this information. Patient denied any pertinent medical history, surgical history. But girlfriend told staff that patient has an enlarged aorta to which he needs surgery to repair. Patient has KNA

Bieler, Shmuel RN - 9/26/2019 19:48 EDT

**BH Presenting Problems**
*Presenting Problem :* Delusional, Paranoia, Thought disturbance
*Comment on Presenting Problem :* patient is experiencing grandiose dellusion, manic, guarded and suspicious
*Events Leading to Hospitalization or Evaluation :* patient went to reockafeller center in a manic state and started pulling fire alarms

Printed by:      Velnik, Alexandra RHIA                                 Page 1 of 8
Printed on:      5/22/2020 11:07 EDT

EXHIBIT H1

BH Assessment Adult - Text                                        GRAZETTE, DAVID - 7004968

Result type:          BH Assessment Adult - Text
Result date:          September 26, 2019 19:48 EDT
Result status:        Auth (Verified)
Result title:         BH Intake Assessment Adult
Performed by:         Bieler, Shmuel RN on September 26, 2019 19:48 EDT
Verified by:          Bieler, Shmuel RN on September 26, 2019 19:48 EDT
Encounter info:       8005221, Gracie Square Hosp, Inpatient, 9/26/2019 - 10/4/2019

*Reason for Admission or Evaluation :* patient is psychotic
*Attempts to Deal With Problem :* 1:1 interview with patient, orient to unit
*Interim Treatment Plan Goals :* patient will comply with medication regimen and treatment plan

*Interim Treatment Plan Interventions :* educate patient on importance of medication compliance

*Pregnancy Status :* N/A
*Pain Present :* No actual or suspected pain
*Vital Signs Assessed :* Yes
*Patient Has Ulcer/Wound :* No
*Pressure Ulcer Present On Admission :* No

                                                        Bieler, Shmuel RN - 9/26/2019 19:48 EDT

**BH Personal Device Screening**
*Personal Device Screening :* Eye glasses

                                                        Bieler, Shmuel RN - 9/26/2019 19:48 EDT

**Medical and Behavioral Health Treatment Hx**
*Pertinent Medical History :* Patient denies
*Pertinent Health History :* Mental illness, Substance abuse

                                                        Bieler, Shmuel RN - 9/26/2019 19:48 EDT

Mental Health Treatment Hx Grid

| Illness Description : | Illness #1 BH No SAs | Illness #2 BH Denies prior psych admissions | Illness #3 BH Treated for ADHD w/adderall since 2012 | Illness #4 BH Mother w depression |
|---|---|---|---|---|
| | Bieler, Shmuel RN - 9/26/2019 19:48 EDT | Bieler, Shmuel RN - 9/26/2019 19:48 EDT | Bieler, Shmuel RN - 9/26/2019 19:48 EDT | Bieler, Shmuel RN - 9/26/2019 19:48 EDT |

| Illness Description : | Illness #5 BH Denies h/o abuse | Illness #6 BH Denies fh completed suicide |
|---|---|---|
| | Bieler, Shmuel RN - 9/26/2019 19:48 EDT | Bieler, Shmuel RN - 9/26/2019 19:48 EDT |

Printed by:      Velnik, Alexandra RHIA                                Page 2  of 8
Printed on:      5/22/2020 11:07 EDT


EXHIBIT H II

Southern District Court of New York

_____

David I Grazette

                                    1:20-cv-00965-AJN-SLC

V

_____

New York

attached is a copy of the amended complaint with the officers provided by defendant Andrew B. Spears.

PRESS FIRMLY TO SEAL

 

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



**UNITED STATES POSTAL SERVICE.**  Retail

US POSTAGE PAID

**P**  **$12.40**  Origin: 83651
02/19/22
1563250651-02

PRIORITY MAIL 2-DAY®

0 Lb 5.90 Oz
**1006**

EXPECTED DELIVERY DAY: 02/23/22

**C099**

SHIP
TO:  500 PEARL ST
NEW YORK NY 10007-1316

USPS SIGNATURE® TRACKING #

9510 8150 5741 2050 8925 05

FROM:
David Grazette
1369 Broadway #210931
Brooklyn New York 11221

USMP SDNY

RECEIVED
FEB 22 2022
CLERK'S OFFICE
SDNY

TO:
Honorable Clerk
Southern District of New York
500 Pearl St
New York, New York 10007

FLAT RA
ONE RATE ■ A

TRACKE

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

PRO SE (TMK)

 

RECEIVED
SDNY PRO SE OFFICE
2022 FEB 23 AM10:01