UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID I. GRAZETTE,

                Plaintiff,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 965 (AJN) (SLC)

**ORDER OF SERVICE**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant City of New York has now provided the service address for retired Defendant Ysmael Ricardo of the New York City Police Department. (ECF No. 108).

By order dated March 18, 2020, the Court granted Mr. Grazette's request to proceed without prepayment of fees, that is, in forma pauperis ("IFP"). (See ECF No. 19). As the Court noted in the Order of Service, "[b]ecause [Mr. Grazette] has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service." (Id. at 4) (citing Walker v. Schult, 717 F.3d 119, 123 n.6 (2d Cir. 2013); 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3)). Accordingly, to enable Mr. Grazette to effect service on Defendant Ricardo through the U.S. Marshals Service, the Clerk of Court is respectfully directed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant Ricardo. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all paperwork necessary for the Marshals Service to effect service on Defendant Ricardo.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Grazette at the address below.

Dated: New York, New York
March 22, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To: David I. Grazette
285 Pulaski Street
Apartment 4R
Brooklyn, New York 11206

2

**DEFENDANTS AND SERVICE ADDRESSES**

1. **Ysmael Ricardo**
   One Police Plaza
   Room 110A
   New York, New York 10038