UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID I. GRAZETTE,

                Plaintiff,                        20 **CIVIL** 965 (ER)

    -against-                              **JUDGMENT**

THE CITY OF NEW YORK, ROBERT MULLER,
MATTHEW LEVIN, EMILEE ANNE NAWA,
NEW YORK-PRESBYTERIAN HEALTHCARE
SYSTEM, SMITA AGARKAR, EMILY
MENAND, and SHARON HIRD,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 8, 2023, notwithstanding that no objections were filed, the Court reviewed Magistrate Judge Cave's thorough and well-reasoned Report and finds no error, clear or otherwise. The Court has therefore adopted Magistrate Judge Cave's recommendations. Defendants' motion to dismiss the SAC for failure to state a claim is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
           March 8, 2023

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                            **BY:**      *K. Mango*

                                                               **Deputy Clerk**